# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                     **Case No.  6:07-cr-204-Orl-28DAB**

**EDWIN JOSE CORDERO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Dan Eckhart |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Clarence W. Counts |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Terese Santagata |
| **DATE/TIME:** | April 18, 2008 1:30-2:20 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

IMPRISONMENT:    20 Months.

Supervised Release:    3 years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

> Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

> Community Service Program:    Perform 150 hours in lieu of paying a fine.

> Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Restitution:    $238,554.25 to Bank of America, jointly and severally with Jennifer Marie Class - Docket No. 6:07-cr-205-Orl-19DAB.

DISMISSED COUNTS:    Two through Eleven of the Indictment on the motion of U.S. Attorney.

Defendant shall surrender to designated institution on or before 2:00 p.m., Friday, May 21, 2008.

Additional remarks:    Defendant is advised of right to appeal.